DAVID T. DIBIASE (Bar No. 56883)
  dtd@amclaw.com
DAVID J. BILLINGS (Bar No. 175383)
  djb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant
GULF UNDERWRITERS INSURANCE COMPANY

Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAMON STOUT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDIA/PROFESSIONAL INSURANCE AGENCY, INC., an entity of unknown origin; GULF UNDERWRITERS INSURANCE COMPANY, an entity of unknown origin; THE TRAVELERS INDEMNITY COMPANY, an entity of unknown origin; and DOES 1 through 20,<br><br>    Defendants. | Case No. CV07-2727 RGK (CWx)<br><br>[~~PROPOSED~~] JUDGMENT |

This action came on for hearing before the Court on January 28, 2008, the Honorable Gary R. Klauser, District Court Judge Presiding on defendant GULF UNDERWRITERS INSURANCE COMPANY's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff DAMON STOUT take nothing, that the action be dismissed on the merits and that Defendant,

1  GULF UNDERWRITERS INSURANCE COMPANY be awarded its costs.

4  DATED: 02.07.08

HON. GARY R. KLAUSNER
JUDGE OF THE UNITED STATES
DISTRICT COURT

7  Respectfully submitted by,

ANDERSON, McPHARLIN & CONNERS LLP

By _____
DAVID T. DIBIASE
DAVID J. BILLINGS
Attorneys for Defendant,
GULF UNDERWRITERS INSURANCE
COMPANY

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

On **December 26, 2007**, I served the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Ryan Lapidus, Esq.<br>Daniel C. Lapidus, Esq.<br>Lapidus & Lapidus<br>211 South Beverly Drive, Suite 211<br>Beverly Hills, CA  90212<br>Telephone: (310) 550-8700<br>Facsimile: (310) 943-2471 | Attorneys for<br>Damon Stout |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on **December 26, 2007**, at Los Angeles, California.

_____
LISA GREENE